UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON
JUN - 5 2014

PER _____
DEPUTY CLERK

RUBEN FLORES, :
:
    Petitioner :
:
v. : CIVIL NO. 3:CV-14-1071
:
WARDEN, USP ALLENWOOD, : (Judge Kosik)
:
    Respondent :

## ORDER

NOW, THIS 5TH DAY OF JUNE, 2014, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The petition for writ of habeas corpus (Doc. 1) is **dismissed**.

2. The Clerk of Court is directed to **close this case**.

EDWIN M. KOSIK
United States District Judge